UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY SNYDER, | : | |
| | : | |
| Plaintiff, | : | Civil No. 3:16-CV-01689 |
| v. | : | |
| | : | (Judge Brann) |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant. | : | |

# ORDER

AND NOW, THIS 22ND DAY OF MARCH 2017, IT IS HEREBY ORDERED THAT:

(1) The Clerk of Court shall enter judgment in favor of Wendy Snyder and against Nancy A. Berryhill, Acting Commissioner of Social Security[1] as to Snyder's Supplemental Security Income claim under Title XVI, and as set forth in the following paragraph;

(2) The decision of the Acting Commissioner of Social Security denying Wendy Snyder's Supplemental Security Income is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security to conduct a new administrative hearing, fully develop the record, and appropriately evaluate the evidence; and

(3) The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.